# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF
# NORTH CAROLINA
# 3:11cv385

Scott Owen Nelson,

        Plaintiff,      :

                                    :      ORDER

        V.                       :

State of of North Carolina ,

        Defendant.


      Plaintiff Nelson filed this 28 U.S.C. §2254, Petition for Writ of Habeas Corpus.

      In reviewing Plaintiff's complaint, it appears the incident giving rise to this action occurred in the Middle District of North Carolina, where the defendant is located and where plaintiff is presently incarcerated.

      Therefore, pursuant to the provisions of Section 2241(d) of Title 28 of the United States Code, IT IS HEREBY ORDERED that the entire record of this proceeding be and the same is hereby transferred to the United States District Court for the Middle District of North Carolina.

      So Ordered THIS 9th day of August, 2011.

                                          Signed: August 9, 2011

                                          Frank G. Johns, Clerk
                                          United States District Court